IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA HAYNES** **PLAINTIFF**
**#7201**

v.            Case No. 4:22-CV-01102-LPR

**EDWARDS, Captain,**
**White County Detention Center, et al.**     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Joshua Haynes's Complaint is DISMISSED without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment or the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 15th day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE